IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-80300-CIV-MARRA/SELTZER

LINEX TECHNOLOGIES, INC.,

    Plaintiff,

v.

MOTOROLA, INC.; NORTEL NETWORKS, INC.; TROPOS NETWORKS, INC.; FIRETIDE, INC.; STRIX SYSTEMS, INC., And BELAIR NETWORKS, INC.,

    Defendants.

NIGHT BOX FILED
JUL 14 2005
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## PLAINTIFF LINEX TECHNOLOGIES, INC.'S REPLY TO DEFENDANT STRIX SYSTEMS, INC.'S COUNTERCLAIM

Plaintiff, Linex Technologies, Inc. ("Linex") responds to the allegations in Defendant Strix Systems, Inc.'s ("Strix") counterclaim as follows:

1. Linex admits that in paragraph 1 of the counterclaim Strix purports to incorporate by reference the admissions, allegations and denials set forth in its Answer to the Complaint. However, Linex denies any remaining allegations of paragraph 1.

2. Linex admits the allegations contained in paragraph 2 of the counterclaim.

3. Linex denies the allegations contained in paragraph 3 of the counterclaim.

4. Linex denies the allegations contained in paragraph 4 of the counterclaim.

WHEREFORE, Plaintiff Linex, prays for judgment against Strix as set forth and requested in its Complaint; and in addition:

    1) that judgment be rendered herein against Strix;



2) that Strix' request for a declaration of non-infringement and invalidity of the '377 patent and for each of its other claims or defenses be denied;

3) for recovery of Linex' attorneys fees and costs of this action; and for such other and further relief as this Court may deem just and proper.

Dated:   July 14, 2005

_____
Willie E. Gary
Fla. Bar No.: 187843
Madison B. McClellan
Florida Bar No: 0955530
Lisa M Trempe
Florida Bar No.: 0566500
GARY, WILLIAMS, PARENTI, FINNEY,
LEWIS, McMANUS, WATSON &
SPERANDO
221 East Osceola Street
Stuart, FL  34994-2175
Tel: (772) 283-8260
Fax: (772) 463-1766

ATTORNEYS FOR PLAINTIFF

*Of Counsel*

Edward W. Goldstein
Corby R. Vowell
GOLDSTEIN & FAUCETT, LLP
1177 West Loop South, Suite 400
Houston, TX  77027
Tel: (713) 877-1515
Fax: (713) 877-1737

## CERTIFICATE OF SERVICE

1. I hereby certify that a true and correct copy of the foregoing has been served by facsimile and first class mail on the following:

**Counsel for Motorola, Inc.**
Michael R. Osterhoff (312/569-1471)
**Gardner Carton & Douglas, LLP**
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Tel: 312/569-1000
Fax: 312/569-3000
Email: mosterhoff@gcd.com

Joanne M. O'Connor, FBN 0498807
Sidney A. Stubbs, FBN 095596
**Jones Foster Johnston & Stubbs, P.A.**
505 South Flagler Dr., Suite 1100
West Palm Beach, FL 33401
Tel: 561/659-3000
Fax: 561/650-0422

**Counsel for Strix Systems, Inc.**
Ramsey M. Al-Salam
**Perkings Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
206.359.8000- Telephone
206.359.9000- Facsimile

**Counsel for Nortel Networks, Inc.**
Mark M. Supko
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Tel: 202/624-2500
Fax: 202/628-5116

**Counsel for Firetide, Inc.**
G. Hopkins Guy, III
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: 650/614-7400
Fax: 650/614-7401

**Counsel for Tropos Networks**
James A. Gale
Feldman Gale, P.A.
Miami Center, Suite 1920
201 South Biscayne Blvd.
Miami, FL 33131-4332
Tel: 305/358-5001