FILED by SV D.C. ELECTRONIC

Jul 27 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 05-80300-CIV-MARRA/SELTZER

LINEX TECHNOLOGIES, INC.

    Plaintiff,

vs.

MOTOROLA, INC., NORTEL NETWORKS,
INC., TROPOS NETWORKS, INC.,
FIRETIDE, INC., STRIX SYSTEMS, INC.,
and BELAIR NETWORKS, INC.

    Defendants.

_____ /

### ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS OF DEFENDANT MOTOROLA, INC.

  Defendant Motorola, Inc. ("Motorola") hereby answers the Complaint of Plaintiff Linex Technologies, Inc. ("Plaintiff"), on personal knowledge as to its own activities and on information and belief as to the activities of others, as follows:

### The Parties

  1. Motorola lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1, and on that basis denies those allegations.

  2. Motorola admits the allegations of Paragraph 2.

  3. Motorola lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3, and on that basis denies those allegations.

  4. Motorola lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4, and on that basis denies those allegations.

LAW OFFICES
SHOOK, HARDY & BACON L.L.P.
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 • TELEPHONE (305) 358-5171

1 of 8  494677v1  15/qz

5. Motorola lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5, and on that basis denies those allegations.

6. Motorola lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6, and on that basis denies those allegations.

7. Motorola lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7, and on that basis denies those allegations.

## Jurisdiction and Venue

8. Motorola admits the allegations of Paragraph 8.

## Claims for Patent Infringement

9. Motorola admits that U.S. Patent No. 6,493,377 (the "'377 patent") is entitled "Distributed Network, Spread-Spectrum System". The '377 patent speaks for itself. Except as expressly admitted, Motorola lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9, and on that basis denies those allegations.

10. Motorola admits that it manufactures and sells mesh networks and mesh network components, including but not limited to the MeshNetworks Enabled Architecture (MEA). Motorola denies the remaining allegations of Paragraph 10.

11. Motorola lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11, and on that basis denies those allegations.

12. Motorola lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12, and on that basis denies those allegations.

13. Motorola lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 13, and on that basis denies those allegations.

14. Motorola lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14, and on that basis denies those allegations.

-2-

LAW OFFICES
SHOOK, HARDY & BACON L.L.P.
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171

2 of 8        494677v1

Case No.: 05-80300-CIV-MARRA/SELTZER

15. Motorola lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15, and on that basis denies those allegations.

16. Motorola denies the allegations of Paragraph 16.

17. To the extent any allegations of the Complaint are not addressed above, they are denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. Motorola has not and is not committing any acts of infringement, nor contributed to the infringement or actively induced others to infringe the '377 Patent.

### SECOND AFFIRMATIVE DEFENSE

2. Plaintiff is estopped from asserting or maintaining a construction of the '377 patent, or any claims thereof, that would cover or read upon any product made, used, offered for sale, or sold by Motorola because of, but not limited to, statements made to the Patent Office during prosecution of the patent.

### THIRD AFFIRMATIVE DEFENSE

3. The claims of the '377 patent are invalid for failure to meet the requirements of the patent laws of the United States, including at least one or more of 35 U.S.C. §§ 101, 102, 103 and 112.

## MOTOROLA'S COUNTERCLAIMS

Counterclaim-Plaintiff Motorola Inc. ("Motorola") counterclaims against Counterclaim-Defendant Linex Technologies, Inc. ("Linex") for declarations of noninfringement and invalidity of U.S. Patent No. 6,493,377 (the "'377 Patent").

Motorola, for its complaint against Linex, alleges the following:

Case No.: 05-80300-CIV-MARRA/SELTZER

## PARTIES

1. Motorola is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 1303 East Algonquin Road, Schaumburg, Illinois 60196.

2. Linex is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 187 Highway 36, West Long Branch, New Jersey 07764.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, 1338(a), 2201 and 2202.

4. This Court also has personal jurisdiction over Linex.

5. Venue is proper under 28 U.S.C. §§ 1391(c) and 1400.

## NATURE OF THE DISPUTE

6. Motorola is selling mesh networks and mesh network components, including but not limited to the MeshNetworks Enabled Architecture (MEA).

7. Linex has claimed and now claims that Motorola's mesh networks and mesh network components are infringing the '377 patent.

8. A justiciable controversy exists between Motorola and Linex.

## COUNT I: DECLARATION OF NONINFRINGEMENT

9. Motorola repeats and realleges the allegations contained in paragraphs 1-8.

10. Motorola has not and is not committing any acts of infringement, nor contributed to the infringement or actively induced others to infringe the '377 Patent.

-4-

LAW OFFICES
SHOOK, HARDY & BACON L.L.P.
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171

4 of 8        494677v1

Case No.: 05-80300-CIV-MARRA/SELTZER

## COUNT II: DECLARATION OF INVALIDITY

11. Motorola repeats and realleges the allegations contained in paragraphs 1-10.

12. The '377 Patent and each and every claim thereof asserted against Motorola by Plaintiff is invalid for failure to meet the requirements of the patent laws of the United States, including at least one or more of 35 U.S.C. §§ 101, 102, 103, and 112.

## DEMAND FOR JURY TRIAL

13. Motorola demands a jury trial on all claims and all issues triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, Motorola prays for entry of judgment as follows:

A. An Order that all claims against Motorola be dismissed with prejudice;

B. A declaratory judgment determination that Motorola does not infringe any claim of U.S. Patent No. 6,493,377;

C. A declaratory judgment determination that each and every claim of U.S. Patent No. 6,493,377 is invalid;

D. An order determining that this is an exceptional case under 35 U.S.C. § 285, and awarding Motorola its attorneys' fees, prejudgment interest and costs;

E. Such other and further relief as this Court deems just and proper.

LAW OFFICES
SHOOK, HARDY & BACON L.L.P.
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171

Case No.: 05-80300-CIV-MARRA/SELTZER

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.
Attorneys for Defendant, Motorola, Inc.
Miami Center, Suite 2400
201 South Biscayne Boulevard
Miami, Florida 33131-4332
Telephone: 305.358.5171
Facsimile: 305.358.7470


By  s/. Darrell Payne
   _____
   DARRELL PAYNE
   Fla. Bar No.: 773300

Michael E. Barry, Esq.
Michael R. Osterhoff, Esq.
Nicole M. Bulman, Esq.
(*Pro Hac Vice Pending*)
Gardner Carton & Douglas, L.L.P.
191 North Wacker Drive, Suite 3700
Chicago, Illinois  60606-1698
Telephone:     (312) 569-1000

Joseph J. Buczynski, Esq.
(*Pro Hac Vice Pending*)
Gardner Carton & Douglas, L.L.P.
1301 K Street, NW, Suite 900, East Tower
Washington, D.C.  20005-3317
Telephone:     (2502) 230-5000

-6-

LAW OFFICES
SHOOK, HARDY & BACON L.L.P.
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171

6 of 8        494677v1

Case No.: 05-80300-CIV-MARRA/SELTZER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on this 27th day of July, 2005, upon the following:

**Counsel for Motorola, Inc.**
Michael R. Osterhoff, Esq.
Michael E. Barry, Esq.
Joseph J. Buczynski, Esq.
**Gardner Carton & Douglas, LLP**
191 North Wacker Drive
Suite 3700
Chicago, IL  60606-1698
Tel: 312/569-1000
Fax: 312/569-3000

Joanne M. O'Connor, Esq.
Sidney A. Stubbs, Esq.
**Jones Foster Johnston & Stubbs, P.A.**
505 South Flagler Dr., Suite 1100
West Palm Beach, FL  33401
Tel: 561/659-3000
Fax: 561/650-0422

**Counsel for Strix Systems, Inc.**
Ramsey M. Al-Salem, Esq.
**Perkins Coie, L.L.P.**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Tel: 206/359-8000
Fax: 206/359-9000

Charles H. Lichtman, Esq.,
Berger Singerman
Las Olas Centre II
350 E. Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida  33301
Tel:  954/627-9913
Fax:  954/523-2872

**Counsel for Firetide, Inc.**
G. Hopkins Guy, III, Esq.
**Orrick Herrington & Sutcliffe, L.L.P.**
1000 Marsh Road
Menlo Park, CA  94025-1015
Tel: 650/514-7400
Fax: 650/614-7401

**Counsel for Tropos Networks**
James A. Gale, Esq.
**Feldman Gale, P.A.**
Miami Center, Suite 1920
201 South Biscayne Blvd.
Miami, FL  33131-4332
Tel: 305/358-5001
Fax:  305/358-3309

**Counsel for Plaintiff**
Willie E. Gary, Esq.
Madison McClellan, Esq.
**Gary Williams Parenti, et al.**
221 East Osceola Street
Stuart, Florida  34994-2175
Tel:  772/283-8260
Fax:  772/781-1487

-7-
LAW OFFICES
SHOOK, HARDY & BACON L.L.P.
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171

Case No.: 05-80300-CIV-MARRA/SELTZER

| **Counsel for Nortel Networks, Inc.** | **Counsel for Plaintiff** |
|---|---|
| Mark M. Supko, Esq. | Edward W. Goldstein, Esq. |
| **Crowell & Moring, L.L.P.** | Corby R. Vowell, Esq. |
| 1001 Pennsylvania Avenue, N.W. | **Goldstein & Faucett LLP** |
| Washington, DC  20004-2595 | 1177 West Loop South |
| Tel: 202/624-2500 | Suite 400 |
| Fax: 202/628-5116 | Houston, TX  77027 |