IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-80300-CIV-MARRA/SELTZER

LINEX TECHNOLOGIES, INC.,

Plaintiff,

v.

MOTOROLA, INC.; NORTEL NETWORKS,
INC.; TROPOS NETWORKS, INC.;
FIRETIDE, INC.; STRIX SYSTEMS, INC.,
And BELAIR NETWORKS, INC.,

Defendants.



## PLAINTIFF LINEX TECHNOLOGIES, INC.'S REPLY TO DEFENDANT NORTEL NETWORK, INC.'S COUNTERCLAIM

Plaintiff, Linex Technologies, Inc. ("Linex") responds to the allegations in Defendant Nortel Network, Inc.'s ("Nortel") counterclaim as follows:

1. Linex admits the allegations contained in paragraph 1 of the counterclaim.

2. Linex admits the allegations contained in paragraph 2 of the counterclaim.

3. Linex admits that in paragraph 3 of the counterclaim, Nortel seeks a declaratory judgment of noninfringement and invalidity of U.S. Patent No. 6,493,377. However, Linex denies that Nortel is entitled to the relief it has requested.

4. Linex admits the allegations contained in paragraph 4 of the counterclaim.

5. Linex admits the allegations contained in paragraph 5 of the counterclaim.

6. Linex admits the allegations contained in paragraph 6 of the counterclaim.

7. Linex admits the allegations contained in paragraph 7 of the counterclaim.

8. Linex denies the allegations contained in paragraph 8 of the counterclaim.

9. Linex denies the allegations contained in paragraph 9 of the counterclaim.

10. Linex denies the allegations contained in paragraph 10 of the counterclaim.

11. Linex denies the allegations contained in paragraph 11 of the counterclaim.

WHEREFORE, Plaintiff Linex, prays for judgment against Nortel as set forth and requested in its Complaint; and in addition:

1) that judgment be rendered herein against Nortel;

2) that Nortel's request for a declaration of non-infringement and invalidity of the '377 patent and for each of its other claims or defenses be denied;

3) for recovery of Linex' attorneys fees and costs of this action; and for such other and further relief as this Court may deem just and proper.

Dated: Aug. 4, 2005

Willie E. Gary
Madison McClellan
GARY, WILLIAMS, PARENTI, FINNEY,
LEWIS, McMANUS, WATSON &
SPERANDO
221 East Osceola Street
Stuart, FL 34994-2175
Tel: (772) 283-8260
Fax: (772) 781-1487

ATTORNEYS FOR PLAINTIFF

*Of Counsel*

Edward W. Goldstein
Corby R. Vowell
GOLDSTEIN & FAUCETT, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Tel: (713) 877-1515
Fax: (713) 877-1737