NIGHT BOX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

CASE NO. 05-80300 CIV-MARRA/SELTZER

LINEX TECHNOLOGIES, INC.,

    Plaintiff,

v.

MOTOROLA, INC., NORTEL NETWORKS INC.,
TROPOS NETWORKS, INC., FIRETIDE, INC.,
STRIX SYSTEMS, INC., and BELAIR
NETWORKS, INC.,

    Defendants.

_____/

## PLAINTIFF LINEX TECHNOLOGIES, INC.'S REPLY TO DEFENDANT MOTOROLA, INC.'S COUNTERCLAIMS

Plaintiff, Linex Technologies, Inc. ("Linex") responds to the allegations in Defendant Motorola, Inc.'s ("Motorola") counterclaims as follows:

1. Linex admits the statement in Paragraph 1 of Motorola's counterclaims.

2. Linex admits the statement in Paragraph 2 of Motorola's counterclaims.

3. Linex admits that this Court has subject matter jurisdiction over this action but denies the remaining allegations in Paragraph 3 of Motorola's counterclaims.

4. Linex admits the statement in Paragraph 4 of Motorola's counterclaims.

5. Linex admits the statement in Paragraph 5 of Motorola's counterclaims.

6. Linex admits the statement in Paragraph 6 of Motorola's counterclaims.

7. Linex admits the statement in Paragraph 7 of Motorola's counterclaims.

8. Linex admits the statement in Paragraph 8 of Motorola's counterclaims.

9. Linex admits that Paragraph 9 of Motorola's counterclaims purports to repeat and reallege the allegations contained in paragraphs 1-8, but Linex denies any remaining allegations.

10. Linex denies the statement in Paragraph 10 of Motorola's counterclaims.

11. Linex admits that Paragraph 11 of Motorola's counterclaims purports to repeat and reallge the allegations contained in paragraphs 1-10, but Linex denies any remaining allegations.

12. Linex denies the statements in Paragraph 12 of Motorola's counterclaims.

13. Linex admits the statement in Paragrapn 13 of Motorola's counterclaims.

WHEREFORE, Plaintiff Linex, prays for judgment against Motorola as set forth and requested in its Complaint; and in addition:

1) that judgment be rendered herein against Motorola;

2) that Motorola's request for a declaration of non-infringement of U.S. Patent No. 6,493,377 be denied;

3) that Motorola's request for a declaratory judgment of invalidity of U.S. Patent No. 6,493,377 be denied;

4) that any and all such other relief requested by Motorola be denied;

5) for recovery of Linex' attorneys' fees and costs of this action; and for such other and further relief as this Court may deem just and proper.

Dated: August 17, 2005

_____
Willie E. Gary
Florida Bar No.: 187843
Madison B. McClellan
Florida Bar No: 0955530
Lisa M. Trempe
Florida Bar No.: 0566500
GARY, WILLIAMS, PARENTI,
FINNEY, LEWIS, McMANUS,
WATSON & SPERANDO
221 East Osceola Street
Stuart, FL 34994-2175
Tel: (772) 283-8260
Fax: (772) 463-1766

ATTORNEYS FOR PLAINTIFF

*Of Counsel*

Edward W. Goldstein
Holly H. Barnes
GOLDSTEIN & FAUCETT, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Tel: (713) 877-1515
Fax: (713) 877-1737

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by facsimile and first class mail on the following:

**Counsel for Motorola, Inc.**
Michael R. Osterhoff (312/569-1471)
**Gardner Carton & Douglas, LLP**
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Tel: 312/569-1000
Fax: 312/569-3000
Email: mosterhoff@gcd.com

Joanne M. O'Connor, FBN 0498807
Sidney A. Stubbs, FBN 095596
**Jones Foster Johnston & Stubbs, P.A.**
505 South Flagler Dr., Suite 1100
West Palm Beach, FL 33401
Tel: 561/659-3000
Fax: 561/650-0422
joconnor@jones-foster.com
sstubbs@jones-foster.com

**Counsel for Strix Systems, Inc.**
Ramsey M. Al-Salam
**Perkings Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
206.359.8000- Telephone
206.359.9000- Facsimile
RAlsalam@perkinscoie.com

**Counsel for Nortel Networks, Inc.**
Mark M. Supko
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Tel: 202/624-2500
Fax: 202/628-5116
MSupko@crowell.com

**Counsel for Tropos Networks**

James A. Gale
Feldman Gale, P.A.
Miami Center, Suite 1920
201 South Biscayne Blvd.
Miami, FL  33131-4332
Tel:  305/358-5001
jgale@feldmangale.com

