IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 05-80300 CIV-MARRA/SELTZER

LINEX TECHNOLOGIES, INC.,

        Plaintiff,

v.

MOTOROLLA, INC., NORTEL NETWORKS INC.,
TROPOS NETWORKS, INC., FIRETIDE, INC.,
STRIX SYSTEMS, INC., and BELAIR
NETWORKS, INC.,

        Defendants.

---

### PLAINTIFF LINEX TECHNOLOGIES, INC.'S REPLY TO DEFENDANT TROPOS NETWORKS INC.'S COUNTERCLAIMS

Plaintiff, Linex Technologies, Inc. ("Linex") responds to the allegations in Defendant Tropos Networks, Inc.'s ("Tropos") counterclaims as follows:

1. Linex admits the statements in Paragraph 1 of Tropos' counterclaims.

2. Linex admits the statements in Paragraph 2 of Tropos' counterclaims.

3. Linex admits that in Paragraph 3 of Tropos' counterclaims Tropos purports that their counterclaims are for a declaratory judgment that the '377 Patent is invalid and not infringed; however, Linex denies that Tropos is entitled to such relief.

4. Linex admits the statements in Paragraph 4 of Tropos' counterclaims.

5. Linex admits the statements in Paragraph 5 of Tropos' counterclaims.

6. As to the allegations in Paragraph 6 of Tropos' counterclaims, Linex admits that this Court has jurisdiction over Tropos' counterclaims.

7. Linex denies the statement in Paragraph 7 of Tropos' counterclaims.

8. Linex admits the statements in Paragraph 8 of Tropos' counterclaims that an actual controversy exists between Tropos and Plaintiff regarding infringement of the '377 patent and that Plaintiff contends that Tropos' products infringe one or more claims of the '377 patent. Plaintiff does not have enough information to admit or deny the remaining statement in Paragraph 8 of Tropos' counterclaims and thus denies the same.

9. Linex denies the statements in Paragraph 9 of Tropos' counterclaims.

10. Linex admits that Paragraph 10 of Tropos' counterclaims Tropos purports to allege that the '377 Patent is invalid; however, Linex denies any remaining allegations in Paragraph 10 of Tropos' counterclaims.

11. Linex admits the statements in Paragraph 11 of Tropos' counterclaims that an actual controversy exists between Tropos and Plaintiff regarding infringement of the '377 patent and that Plaintiff contends that the '377 patent and each of its claims are valid. Plaintiff does not have enough information to admit or deny the remaining statement in Paragraph 11 of Tropos' counterclaims and thus denies the same.

12. Linex denies the statements in Paragaph 12 of Tropos' counterclaims.

13. As to the prayer for relief in Tropos' counterclaims, to the extent that it implies that Tropos is entitled to any relief for its counterclaims, Linex denies that Tropos is entitled to the relief requested.

WHEREFORE, Plaintiff Linex, prays for judgment against Tropos as set forth and requested in its Complaint; and in addition:

A. that judgment be rendered herein against Tropos;

B. that Tropos's request for a declaration of non-infringement and invalidity of the '377 patent and for each of its other claims or defenses be denied;

C. for recovery of Linex' attorneys' fees and costs of this action; and for such other and further relief as this Court may deem just and proper.

Dated: July 19, 2005

*(signature)*

Willie E. Gary
Florida Bar No.: 187843
Madison B. McClellan
Florida Bar No: 0955530
Lisa M. Trempe
Florida Bar No.: 0566500
GARY, WILLIAMS, PARENTI,
FINNEY, LEWIS, McMANUS,
WATSON & SPERANDO
221 East Osceola Street
Stuart, FL 34994-2175
Tel: (772) 283-8260
Fax: (772) 463-1766

ATTORNEYS FOR PLAINTIFF

*Of Counsel*

Edward W. Goldstein
Holly H. Barnes
GOLDSTEIN & FAUCETT, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Tel: (713) 877-1515
Fax: (713) 877-1737

## CERTIFICATE OF SERVICE

1. I hereby certify that a true and correct copy of the foregoing has been served by facsimile and first class mail on the following:

**Counsel for Motorola, Inc.**
Michael R. Osterhoff (312/569-1471)
**Gardner Carton & Douglas, LLP**
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Tel: 312/569-1000
Fax: 312/569-3000
Email: mosterhoff@gcd.com

Joanne M. O'Connor, FBN 0498807
Sidney A. Stubbs, FBN 095596
**Jones Foster Johnston & Stubbs, P.A.**
505 South Flagler Dr., Suite 1100
West Palm Beach, FL 33401
Tel: 561/659-3000
Fax: 561/650-0422
joconnor@jones-foster.com
sstubbs@jones-foster.com

**Counsel for Strix Systems, Inc.**
Ramsey M. Al-Salam
**Perkings Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
206.359.8000- Telephone
206.359.9000- Facsimile
RAlsalam@perkinscoie.com

**Counsel for Nortel Networks, Inc.**
Mark M. Supko
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Tel: 202/624-2500
Fax: 202/628-5116
MSupko@crowell.com

**Counsel for Tropos Networks**
James A. Gale
Feldman Gale, P.A.
Miami Center, Suite 1920
201 South Biscayne Blvd.
Miami, FL 33131-4332
Tel: 305/358-5001
jgale@feldmangale.com

