Case 9:05-cv-80300-KAM   Document 80   Entered on FLSD Docket 06/01/2006   Page 1 of 3

FILED by _DJ_ D.C.
ELECTRONIC

Jun 1 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-80300-CIV MARRA/SELTZER

| | |
|---|---|
| LINEX TECHNOLOGIES, INC. | § |
| | § |
| Plaintiff, | § |
| vs. | § |
| | § |
| MOTOROLA, INC., NORTEL NETWORKS, INC., TROPOS NETWORKS, INC., FIRETIDE, INC., STRIX SYSTEMS, INC., and BELAIR NETWORKS INC., | § |
| | § |
| Defendants. | § |

## JOINT STIPULATION CONCERNING CLAIM CONSTRUCTION

Plaintiff Linex Technologies, Inc., and Defendants Motorola, Inc., Nortel Networks, Inc., Tropos Networks, Inc., and Strix Systems, Inc., submit the following Joint Stipulation Concerning Claim Construction, and respectfully request that the Court adopt the parties' stipulated construction of one of the thirteen disputed claim terms previously identified and briefed by the parties.

### I. PARTIES' JOINT STIPULATION REGARDING CONSTRUCTION OF DISPUTED CLAIM TERM.

The parties have identified the term "packet" as a disputed claim term appearing in claims 32 and 33 of United States Patent No. 6,493,377, and have requested in their briefing that the Court construe this term as part of the claim construction process. After further consideration, and as evidenced by the signatures of counsel below, the parties have agreed upon the definition of the term "packet," and hereby stipulate to the following construction of this term:

> A formatted block of information for communicating in a distributed network, which includes a source address and a destination address.

Therefore, based upon the parties' agreement and stipulation, the parties respectfully request that the Court adopt the parties' stipulated construction for the term "packet," as defined herein.

Dated and signed on this 1st day of June, 2006.

Respectfully submitted,

s/Julie Braman Kane
Julie Braman Kane, Esquire
Florida Bar No. 980277
**COLSON HICKS EIDSON**
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-5008
Tel: (305) 476-7400
Fax: (305) 476-7444
Email: Julie@colson.com

Edward W. Goldstein
Corby R. Vowell
**GOLDSTEIN, FAUCETT & PREBEG, LLP**
1177 West Loop South, Suite 400
Houston, TX 77027
Tel: (713) 877-1515
Fax: (713) 877-1737
Email: egoldstein@gfiplaw.com
Email: cvowell@gfiplaw.com

**ATTORNEYS FOR PLAINTIFF,
LINEX TECHNOLOGIES, INC.**

s/Darrell Payne
Darrell Payne, Esquire
Fla. Bar No. 773300
**Shook Hardy & Bacon, LLP**
Miami Center, Suite 2400
201 S. Biscayne Blvd.
Miami, Florida 33131-4332
Tel: (305) 358-5171/ Fax: (305) 358-7470
Email: dpayne@shb.com

s/Marissa D. Kelley
Marissa D. Kelley, Esquire
Fla. Bar No. 379300.
Stearns Weaver Miller Weissler Alhadeff
& Sitterson, P.A.
200 East Las Olas Boulevard
21st Floor (PH A)
Fort Lauderdale, Florida 33301
Tel: (954) 462-9500
Fax: (954) 462-9567
Email: mkelley@swmwas.com

s/Michael E. Barry
Michael E. Barry, Esquire
Joseph J. Buczynski, Esquire
David J. Moorhead, Esquire
**Gardner Carton & Douglas LLP**
191 North Wacker Drive, # 3700
Chicago, IL 60606-1698
Tel: (312) 569-1000/ Fax: (312) 569-3000
Email: mbarry@gcd.com
Email: jbuczynski@gcd.com
Email: dmoorhead@gcd.com

**ATTORNEYS FOR DEFENDANT MOTOROLA, INC.**

s/Charles H. Lichtman
Charles H. Lichtman, Esquire
Fla. Bar No. 501050
**Berger Singerman**
Las Olas Centre II
350 E. Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Tel: (954) 627-9913/ Fax: (954) 523-2872
Email: clichtman@bergersingerman.com

s/Ramsey M. Al-Salem
Ramsey M. Al-Salem, Esquire
Jessica L. Rossman, Esquire
**Perkins Coie, L.L.P.**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Tel: (206) 359-8000/ Fax: (206) 359-9000
Email: ralsalam@perkinscoie.com
Email: jrossman@perkinscoie.com

**ATTORNEYS FOR DEFENDANT STRIX SYSTEMS, INC.**

s/Mark M. Supko
Mark M. Supko, Esquire
Michael H. Jacobs
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
Email: msupko@crowell.com
Email: mjacobs@crowell.com

**ATTORNEYS FOR DEFENDANT NORTEL NETWORKS, INC.**

s/James A. Gale
James A. Gale, Esquire
Fla. Bar No. 371726
Gregory L. Hillyer, Esq.
Fla. Bar No. 682489
**Feldman Gale, P.A.**
Miami Center, Suite 1920
201 South Biscayne Blvd.
Miami, FL 33131-4332
Tel: (305) 358-5001/ Fax: (305) 358-3309
Email: jgale@feldmangale.com
Email: ghillyer@feldmangale.com

**ATTORNEYS FOR DEFENDANT TROPOS NETWORKS, INC.**