```
             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA


LINEX TECHNOLOGIES, INC.,    )
                             )     CASE NUMBER
           PLAINTIFF,        )     05-80300-CIV-MARRA
                             )
    VS.                      )
                             )
MOTOROLA, INC., NORTEL       )     THIS VOLUME:
NETWORKS, INC., TROPOS       )     PAGES 1 - 201
NETWORKS, INC., AND STRIX    )
SYSTEMS, INC.,               )
                             )
           DEFENDANTS.       )
_____)
```

TRANSCRIPT OF MARKMAN HEARING HAD BEFORE THE HONORABLE KENNETH A. MARRA, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON THURSDAY, JULY 20, 2006, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE PLAINTIFF:    EDWARD W. GOLDSTEIN,
                      CORBY W. VOWELL,
                      STEPHEN W. ABBOTT, AND
                      MARC COOPER, ESQS.

FOR THE DEFENDANTS:   MICHAEL E. BARRY,
                      JOSEPH J. BUCZYNSKI,
                      DARRELL PAYNE,
                      MARK M. SUPKO,
                      STEPHEN PALAN,
                      RAMSEY M. AL-SALAM,
                      GREGORY L. HILLYER, AND
                      JENNIFER E. SIMPSON, ESQS.


                  CARL SCHANZLEH
               OFFICIAL COURT REPORTER
                  U. S. COURTHOUSE
            299 E. BROWARD BLVD., 202B
            FORT LAUDERDALE, FLORIDA 33301
                    954 769-5488

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. __05-80300-CV-Marra__   DE# __92__

☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____