# EXHIBIT A

First Amended Complaint

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80300-CIV-MARRA/SELTZER

LINEX TECHNOLOGIES, INC.,

            Plaintiff,

v.

MOTOROLA, INC.; NORTEL NETWORKS,
INC.; TROPOS NETWORKS, INC.; and
STRIX SYSTEMS, INC.,

            Defendants.

## FIRST AMENDED COMPLAINT

Plaintiff, Linex Technologies, Inc. ("Linex"), asserts this First Amended Complaint against Defendants Nortel Networks, Inc. ("Nortel"), Strix Systems, Inc. ("Strix"), and Tropos Networks, Inc. ("Tropos"), and for its amended causes of action alleges as follows:

### The Parties

1.      Linex is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 187 Highway 36, West Long Branch, New Jersey 07764.

2.      Nortel is properly before the Court having filed its answer herein.

3.      Strix is properly before the Court having filed its answer herein.

4.      Tropos is properly before the Court having filed its answer herein.

## Jurisdiction and Venue

5.     This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, and jurisdiction is properly based under §§ 271 and 281, and 28 U.S.C. § 1338(a).

6.     Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

## Count I:  Claims for Patent Infringement

6.     On December 10, 2002, United States Patent No. 6,493,377 ("the '377 patent"), which is entitled "Distributed Network, Spread-Spectrum System," was duly and legally issued. A true and correct copy of the '377 patent is attached as Exhibit A.

7.     Pursuant to 35 U.S.C. § 282, the '377 patent is presumed valid.

8.     By assignment, Linex is the sole owner of the '377 patent and has the exclusive right to enforce the '377 patent.

9.     Nortel manufactures and sells mesh networks and mesh network components, including but not limited to the Wireless Access Point 7215, Wireless Access Point 7220, Wireless Gateway 7250, and the Optivity Network Management System.  By manufacturing and selling such products, Nortel has in the past, and continues to infringe directly, contribute to the infringement of, or induce the infringement of claims of the '377 patent, including but not limited to claims 16, 22, 32 and 33, either literally or under the doctrine of equivalents.

10.    Strix manufactures and sells mesh networks and mesh network components, including but not limited to the Access/One Network Edge Wireless Systems ("EWS"), Access/One Network Indoor Wireless Systems ("IWS"), Access/One Network Outdoor Wireless Systems ("OWS"), Access/One EWS 100, Access/One EWS 150, Access/One OWS 2400, Access/One OWS 3600, Access/One Network Connect and the Access/One Client Connect

-2-

products. By manufacturing and selling such products, Strix has in the past, and continues to infringe directly, contribute to the infringement of, or induce the infringement of claims of the '377 patent, including but not limited to claims 16, 22, 32 and 33, either literally or under the doctrine of equivalents.

11. Tropos manufactures and sells mesh networks and mesh network components, including but not limited to the Tropos 3110 Indoor Wi-Fi Cell, Tropos 3210 Indoor MetroMesh Router, Tropos 4210 Mobile MetroMesh Router, Tropos 5110 Outdoor Wi-Fi Cell, Tropos 5210 Outdoor MetroMesh Router, Tropos 5320 Outdoor MetroMesh Router, Tropos 9422 Mobile Public Safety MetroMesh Router, Tropos 9532 Outdoor Public Safety MetroMesh Router, and the Tropos Control Element Management System. By manufacturing and selling such products, Tropos has in the past, and continues to infringe directly, contribute to the infringement of, or induce the infringement of claims of the '377 patent, including but not limited to claims 16, 22, 32 and 33, either literally or under the doctrine of equivalents.

12. The infringement of the '377 patent, as alleged in the preceding paragraphs, has injured Linex, and Linex is entitled to recover damages in an amount that adequately compensates it for Nortel's, Strix's, and Tropos' infringement of the '377 patent, which in no event can be less than a reasonable royalty.

**Count II: Claims for Patent Infringement**

13. On January 23, 2007, United States Patent No. 7,167,503 ("the '503 patent"), which is entitled "Distributed Spread-Spectrum Network," was duly and legally issued. A true and correct copy of the '503 patent is attached as Exhibit B.

14. Pursuant to 35 U.S.C. § 282, the '503 patent is presumed valid.

15. By assignment, Linex is the sole owner of the '503 patent and has the exclusive

right to enforce the '503 patent.

16. Nortel manufactures and sells mesh networks and mesh network components, including but not limited to the Wireless Access Point 7215, Wireless Access Point 7220, Wireless Gateway 7250, and the Optivity Network Management System. By manufacturing and selling such products, Nortel has in the past, and continues to infringe directly, contribute to the infringement of, or induce the infringement of claims of the '503 patent, including but not limited to claims 1, 2, 15, 18 and 30, either literally or under the doctrine of equivalents.

17. Strix manufactures and sells mesh networks and mesh network components, including but not limited to the Access/One Network Edge Wireless Systems ("EWS"), Access/One Network Indoor Wireless Systems ("IWS"), Access/One Network Outdoor Wireless Systems ("OWS"), Access/One EWS 100, Access/One EWS 150, Access/One OWS 2400, Access/One OWS 3600, Access/One Network Connect and the Access/One Client Connect products. By manufacturing and selling such products, Strix has in the past, and continues to infringe directly, contribute to the infringement of, or induce the infringement of claims of the '503 patent, including but not limited to claims 1, 2, 15, 18 and 30, either literally or under the doctrine of equivalents.

18. Tropos manufactures and sells mesh networks and mesh network components, including but not limited to the Tropos 3110 Indoor Wi-Fi Cell, Tropos 3210 Indoor MetroMesh Router, Tropos 4210 Mobile MetroMesh Router, Tropos 5110 Outdoor Wi-Fi Cell, Tropos 5210 Outdoor MetroMesh Router, Tropos 5320 Outdoor MetroMesh Router, Tropos 9422 Mobile Public Safety MetroMesh Router, Tropos 9532 Outdoor Public Safety MetroMesh Router, and the Tropos Control Element Management System. By manufacturing and selling such products, Tropos has in the past, and continues to infringe directly, contribute to the infringement of, or

induce the infringement of claims of the '503 patent, including but not limited to claims 1, 2, 15, 18 and 30, either literally or under the doctrine of equivalents.

19.     The infringement of the '503 patent, as alleged in the preceding paragraphs, has injured Linex, and Linex is entitled to recover damages in an amount that adequately compensates it for Nortel's, Strix's, and Tropos' infringement of the '503 patent, which in no event can be less than a reasonable royalty.

### Demand for Jury Trial

20.     Linex demands a jury trial on all claims and issues.

### Prayer for Relief

WHEREFORE, Linex prays for entry of judgment:

A.     That Nortel, Strix and Tropos have infringed one or more of the asserted claims of the '377 patent;

B.     That Nortel, Strix and Tropos have infringed one or more of the asserted claims of the '503 patent;

C.     That Nortel, Strix and Tropos account for and pay to Linex all damages caused by the infringement of the '377 patent and the '503 patent, which by statute can be no less than a reasonable royalty;

D.     That Linex be granted pre-judgment and post-judgment interest on the damages caused by reason of Nortel's, Strix's and Tropos' infringement of the '377 patent and the '503 patent;

E.     That costs be awarded to Linex;

F.      That Linex be granted such other and further relief that is just and proper under the circumstances.

Respectfully submitted,

Dated:   November 26, 2007

s/Julie Braman Kane
Julie Braman Kane
Florida Bar No. 980277
**COLSON HICKS EIDSON**
Aragon Avenue, 2nd Floor
Coral Gables, FL  33134-5008
Tel:  (305) 476-7400
Fax:  (305) 476-7444
Email: Julie@colson.com

Edward W. Goldstein (admitted *pro hac vice*)
Corby R. Vowell (admitted *pro hac vice*)
Stephen W. Abbott (admitted *pro hac vice*)
**GOLDSTEIN, FAUCETT & PREBEG, LLP**
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  (713) 877-1515
Fax:  (713) 877-1737
Email: egoldstein@gfpiplaw.com
Email: cvowell@gfpiplaw.com
Email: sabbott@gfpiplaw.com

**ATTORNEYS FOR PLAINTIFF,
LINEX TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of November 2007, the foregoing document was electronically filed with the Clerk of the Court via CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or some other authorized manner for those counsel or parties who are not authorized to receive automatic Notices of Electronic Filing.

s/Julie Braman Kane
Julie Braman Kane

## SERVICE LIST

Linex Technologies, Inc. vs. Motorola, Inc. et al.

Case No. 05-80300-CIV-MARRA/SELTZER

| **\* Counsel for Tropos Networks, Inc.** | **\* Counsel for Nortel Networks, Inc.** |
|---|---|
| James A. Gale, Esq.<br>Fla. Bar No. 371726<br>Gregory L. Hillyer, Esq.<br>Fla. Bar No. 682489<br>**Feldman Gale, P.A.**<br>Miami Center, Suite 1920<br>201 South Biscayne Blvd.<br>Miami, FL  33131-4332<br>Tel: (305) 358-5001/ Fax: (305) 358-3309<br>Email: jgale@feldmangale.com<br>Email: ghillyer@feldmangale.com<br><br>Service via CM/ECF | Marissa D. Kelley, Esq.<br>Fla. Bar No. 379300<br>**Stearns, Weaver, Miller, Weissler,**<br>**Alhadeff & Sitterson, L.L.P.**<br>200 E. Broward Boulevard, Suite 1900<br>Fort Lauderdale, Florida  33301-1949<br>Tel: (954) 462-9500/ Fax: (954) 462-9567<br>Email: mkelley@swmwas.com<br>Service via CM/ECF<br><br>Mark M. Supko, Esq.<br>Michael H. Jacobs, Esq.<br>**Crowell & Moring, L.L.P.**<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004-2595<br>Tel: (202) 624-2500/ Fax: (202) 628-5116<br>Email: msupko@crowell.com<br>Email: mjacobs@crowell.com<br>Service via CM/ECF |
| **\* Counsel for Strix Systems, Inc.**<br><br>Ramsey M. Al-Salem, Esq.<br>Jessica L. Rossman, Esq.<br>**Perkins Coie, L.L.P.**<br>1201 Third Avenue, Suite 4800<br>Seattle, WA  98101-3099<br>Tel: (206) 359-8000/ Fax: (206) 359-9000<br>Email: ralsalam@perkinscoie.com<br>Email: jrossman@perkinscoie.com<br>Service via CM/ECF<br><br>Charles H. Lichtman, Esq.<br>Fla. Bar No. 501050<br>**Berger Singerman**<br>Las Olas Centre II<br>350 E. Las Olas Boulevard, Suite 1000<br>Fort Lauderdale, Florida  33301<br>Tel: (954) 627-9913/ Fax: (954) 523-2872<br>Email: clichtman@bergersingerman.com<br><br>Service via CM/ECF | |