IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80300-CIV-MARRA/SELTZER

LINEX TECHNOLOGIES, INC.,

        Plaintiff,

v.

MOTOROLA, INC.; NORTEL NETWORKS,
INC.; TROPOS NETWORKS, INC.; and
STRIX SYSTEMS, INC.,

        Defendants.

**PLAINTIFF LINEX TECHNOLOGIES, INC.'S REPLY TO
DEFENDANT NORTEL NETWORKS, INC.'S COUNTERCLAIMS**

Plaintiff Linex Technologies, Inc. ("Linex") respectfully replies to Defendant Nortel Networks, Inc.'s ("Nortel") Counterclaims as follows:

1. Linex admits the allegations contained in paragraph 1 of Nortel's Counterclaims.

2. Linex admits the allegations contained in paragraph 2 of Nortel's Counterclaims.

3. Linex admits the allegations contained in paragraph 3 of Nortel's Counterclaims.

4. Linex admits the allegations contained in paragraph 4 of Nortel's Counterclaims.

5. Linex admits the allegations contained in paragraph 5 of Nortel's Counterclaims.

6. Linex admits the allegations contained in paragraph 6 of Nortel's Counterclaims.

7. Linex admits the allegations contained in paragraph 7 of Nortel's Counterclaims.

8. Linex denies the allegations contained in paragraph 8 of Nortel's Counterclaims.

9. Linex denies the allegations contained in paragraph 9 of Nortel's Counterclaims.

10. Linex denies the allegations contained in paragraph 10 of Nortel's Counterclaims.

11. Linex denies the allegations contained in paragraph 11 of Nortel's Counterclaims.

12. Because Nortel's Counterclaims omit paragraph "12", there are allegations for Linex to admit or deny corresponding to this omitted paragraph.

13. Linex denies the allegations contained in paragraph 13 of Nortel's Counterclaims.

14. As to paragraph 14, Linex admits that Nortel served its Supplemental Responses to Linex's First Set of Interrogatories on October 6, 2007, and that the response lists over 50 references in response to Linex's Interrogatory No. 4. Linex denies those allegations – whether express or implied – that the references, when considered alone or in combination, render one or more claims of the '377 patent invalid.

15. Linex denies the allegations contained in paragraph 15 of Nortel's Counterclaims.

16. Linex admits the allegations contained in paragraph 16 of Nortel's Counterclaims.

17. Linex admits the allegations contained in paragraph 17 of Nortel's Counterclaims.

18. As to paragraph 18, Linex admits that only one reference listed in Nortel's response to Linex's Interrogatory No. 4, was disclosed to the USPTO during the prosecution of the application that matured into the '503 patent, but denies that the remaining references listed by Nortel in response to Linex's Interrogatory No. 4 were material to the patentability of one or more claims of the '503 patent. Linex further denies those allegations that Linex had an "intent to deceive" to the USPTO concerning the state of the prior art.

19. Linex denies the allegations contained in paragraph 19 of Nortel's Counterclaims.

20. Linex denies the allegations contained in paragraph 20 of Nortel's Counterclaims.

WHEREFORE, Linex prays for judgment as set forth and requested in its First Amended Complaint, and in addition, the following relief:

1. that judgment be rendered herein against Nortel;

  2. that Nortel's requests for declarations for non-infringement, invalidity and unenforceability of the '377 patent and/or the '503 patent be denied;

 and for such other relief as this Court may deem just and proper.

                Respectfully submitted,

Dated: December 20, 2007      /s/ Julie Braman Kane
                     Julie Braman Kane
                     Florida Bar No. 980277
                     **COLSON HICKS EIDSON**
                     Aragon Avenue, 2nd Floor
                     Coral Gables, FL  33134-5008
                     Tel:  (305) 476-7400
                     Fax:  (305) 476-7444
                     Email: Julie@colson.com

                     Edward W. Goldstein (admitted *pro hac vice*)
                     Corby R. Vowell (admitted *pro hac vice*)
                     Stephen W. Abbott (admitted *pro hac vice*)
                     **GOLDSTEIN, FAUCETT & PREBEG, LLP**
                     1177 West Loop South, Suite 400
                     Houston, TX  77027
                     Tel:  (713) 877-1515
                     Fax:  (713) 877-1737
                     Email: egoldstein@gfpiplaw.com
                     Email: cvowell@gfpiplaw.com
                     Email: sabbott@gfpiplaw.com

                     **ATTORNEYS FOR PLAINTIFF,**
                     **LINEX TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of December 2007, the foregoing document was electronically filed with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record via transmission of automatic Notices of Electronic Filing generated by CM/ECF, or some other authorized for those counsel or parties who are not authorized to receive automatic Notices of Electronic Filing generated by CM/ECF.

/s/ Julie Braman Kane<br>
Julie Braman Kane

**SERVICE LIST**

Linex Technologies, Inc. vs. Motorola, Inc. et al.

Case No. 05-80300-CIV-MARRA/SELTZER

| * **Counsel for Tropos Networks, Inc.**<br><br>James A. Gale, Esq.<br>Fla. Bar No. 371726<br>Gregory L. Hillyer, Esq.<br>Fla. Bar No. 682489<br>**Feldman Gale, P.A.**<br>Miami Center, Suite 1920<br>201 South Biscayne Blvd.<br>Miami, FL  33131-4332<br>Tel: (305) 358-5001/ Fax: (305) 358-3309<br>Email: jgale@feldmangale.com<br>Email: ghillyer@feldmangale.com<br>Service via CM/ECF | * **Counsel for Nortel Networks, Inc.**<br><br>Marissa D. Kelley, Esq.<br>Fla. Bar No. 379300<br>**Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, L.L.P.**<br>200 E. Broward Boulevard, Suite 1900<br>Fort Lauderdale, Florida  33301-1949<br>Tel: (954) 462-9500/ Fax: (954) 462-9567<br>Email: mkelley@swmwas.com<br>Service via CM/ECF<br><br>Mark M. Supko, Esq.<br>Michael H. Jacobs, Esq.<br>**Crowell & Moring, L.L.P.**<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004-2595<br>Tel: (202) 624-2500/ Fax: (202) 628-5116<br>Email: msupko@crowell.com<br>Email: mjacobs@crowell.com<br>Service via CM/ECF |
|---|---|
| * **Counsel for Strix Systems, Inc.**<br><br>Ramsey M. Al-Salem, Esq.<br>Jessica L. Rossman, Esq.<br>**Perkins Coie, L.L.P.**<br>1201 Third Avenue, Suite 4800<br>Seattle, WA  98101-3099<br>Tel: (206) 359-8000/ Fax: (206) 359-9000<br>Email: ralsalam@perkinscoie.com<br>Email: jrossman@perkinscoie.com<br>Service via CM/ECF<br><br>Charles H. Lichtman, Esq.<br>Fla. Bar No. 501050<br>**Berger Singerman**<br>Las Olas Centre II<br>350 E. Las Olas Boulevard, Suite 1000<br>Fort Lauderdale, Florida  33301<br>Tel: (954) 627-9913/ Fax: (954) 523-2872<br>Email: clichtman@bergersingerman.com<br>Service via CM/ECF | |