IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80300-CIV-MARRA/SELTZER

LINEX TECHNOLOGIES, INC.,

      Plaintiff,

v.

MOTOROLA, INC.; NORTEL NETWORKS,
INC.; TROPOS NETWORKS, INC.; and
STRIX SYSTEMS, INC.,

      Defendants.

## PLAINTIFF LINEX TECHNOLOGIES, INC.'S REPLY TO DEFENDANT TROPOS NETWORKS, INC.'S COUNTERCLAIMS

Plaintiff Linex Technologies, Inc. ("Linex") respectfully replies to Defendant Tropos Networks, Inc.'s ("Tropos") Counterclaims as follows:

1.     Linex admits the allegations contained in paragraph 1 of the Tropos Counterclaims.

2.     Linex admits the allegations contained in paragraph 2 of the Tropos Counterclaims.

3.     Linex admits the allegations contained in paragraph 3 of the Tropos Counterclaims.

4.     Linex admits the allegations contained in paragraph 4 of the Tropos Counterclaims.

5.     Linex admits the allegations contained in paragraph 5 of the Tropos Counterclaims.

6. Linex admits the allegations contained in paragraph 6 of the Tropos Counterclaims.

7. Linex denies the allegations contained in paragraph 7 of the Tropos Counterclaims.

8. Linex admits the allegations contained in paragraph 8 of the Tropos Counterclaims, but denies any allegation – whether express or implied – that Tropos or its customers do not infringe the patents-in-suit.

9. Linex denies the allegations contained in paragraph 9 of the Tropos Counterclaims.

10. Linex denies the allegations contained in paragraph 10 of the Tropos Counterclaims.

11. Linex admits the allegations contained in paragraph 11 of the Tropos Counterclaims, but denies any allegation – whether express or implied – that either the '377 patent or the '503 patent are invalid.

12. Linex denies the allegations contained in paragraph 12 of the Tropos Counterclaims.

13. Linex denies the allegations contained in paragraph 13 of the Tropos Counterclaims.

14. Linex admits the allegations contained in paragraph 14 of the Tropos Counterclaims, but denies any allegation – whether express or implied – that the '503 patent is unenforceable.

15. Linex denies the allegations contained in paragraph 15 of the Tropos Counterclaims.

16. As to paragraph 16, Linex admits that Tropos served its Supplemental Responses to Linex's First Set of Interrogatories on September 20, 2006, and that Tropos' response lists over 50 references in response to Linex's Interrogatory No. 4. Linex denies those allegations – whether express or implied – that the references were material to the patentability of the '503 patent, or, when the references are considered alone or in combination, render one or more claims of the patents-in-suit invalid or unenforceable.

17. Linex admits the allegations contained in paragraph 17 of the Tropos Counterclaims.

18. Linex admits the allegations contained in paragraph 18 of the Tropos Counterclaims.

19. Linex admits that only one reference listed in Tropos' response to Linex's Interrogatory No. 4, was disclosed to the USPTO during the prosecution of the application that matured into the '503 patent, but denies the remaining allegations contained in paragraph 19 of the Tropos Counterclaims.

20. Linex denies the allegations contained in paragraph 20 of the Tropos Counterclaims.

21. Linex denies the allegations contained in paragraph 21 of the Tropos Counterclaims.

22. Linex denies that Tropos is entitled to any of the relief sought and alleged in its "Request for Relief."

WHEREFORE, Linex prays for judgment as set forth and requested in its First Amended Complaint, and in addition, the following relief:

1. that judgment be rendered herein against Tropos;

2. that Tropos' requests for declarations for non-infringement, invalidity and unenforceability of the '377 patent and/or the '503 patent be denied;

3. that Tropos' request for costs and attorneys' fees be denied;

4. and for such other relief as this Court may deem just and proper.

                                      Respectfully submitted,

Dated: December 20, 2007        /s/ Julie Braman Kane
Julie Braman Kane
Florida Bar No. 980277
**COLSON HICKS EIDSON**
Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-5008
Tel: (305) 476-7400
Fax: (305) 476-7444
Email: Julie@colson.com

Edward W. Goldstein (admitted *pro hac vice*)
Corby R. Vowell (admitted *pro hac vice*)
Stephen W. Abbott (admitted *pro hac vice*)
**GOLDSTEIN, FAUCETT & PREBEG, LLP**
1177 West Loop South, Suite 400
Houston, TX 77027
Tel: (713) 877-1515
Fax: (713) 877-1737
Email: egoldstein@gfpiplaw.com
Email: cvowell@gfpiplaw.com
Email: sabbott@gfpiplaw.com

**ATTORNEYS FOR PLAINTIFF,
LINEX TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of December 2007, the foregoing document was electronically filed with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record via transmission of automatic Notices of Electronic Filing generated by CM/ECF, or some other authorized for those counsel or parties who are not authorized to receive automatic Notices of Electronic Filing generated by CM/ECF.

/s/ Julie Braman Kane
Julie Braman Kane

**SERVICE LIST**

Linex Technologies, Inc. vs. Motorola, Inc. et al.

Case No. 05-80300-CIV-MARRA/SELTZER

| * **Counsel for Tropos Networks, Inc.**<br><br>James A. Gale, Esq.<br>Fla. Bar No. 371726<br>Gregory L. Hillyer, Esq.<br>Fla. Bar No. 682489<br>**Feldman Gale, P.A.**<br>Miami Center, Suite 1920<br>201 South Biscayne Blvd.<br>Miami, FL  33131-4332<br>Tel: (305) 358-5001/ Fax: (305) 358-3309<br>Email: jgale@feldmangale.com<br>Email: ghillyer@feldmangale.com<br>Service via CM/ECF | * **Counsel for Nortel Networks, Inc.**<br><br>Marissa D. Kelley, Esq.<br>Fla. Bar No. 379300<br>**Stearns, Weaver, Miller, Weissler,**<br>**Alhadeff & Sitterson, L.L.P.**<br>200 E. Broward Boulevard, Suite 1900<br>Fort Lauderdale, Florida  33301-1949<br>Tel: (954) 462-9500/ Fax: (954) 462-9567<br>Email: mkelley@swmwas.com<br>Service via CM/ECF<br><br>Mark M. Supko, Esq.<br>Michael H. Jacobs, Esq.<br>**Crowell & Moring, L.L.P.**<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004-2595<br>Tel: (202) 624-2500/ Fax: (202) 628-5116<br>Email: msupko@crowell.com<br>Email: mjacobs@crowell.com<br>Service via CM/ECF |
|---|---|
| * **Counsel for Strix Systems, Inc.**<br><br>Ramsey M. Al-Salem, Esq.<br>Jessica L. Rossman, Esq.<br>**Perkins Coie, L.L.P.**<br>1201 Third Avenue, Suite 4800<br>Seattle, WA  98101-3099<br>Tel: (206) 359-8000/ Fax: (206) 359-9000<br>Email: ralsalam@perkinscoie.com<br>Email: jrossman@perkinscoie.com<br>Service via CM/ECF<br><br>Charles H. Lichtman, Esq.<br>Fla. Bar No. 501050<br>**Berger Singerman**<br>Las Olas Centre II<br>350 E. Las Olas Boulevard, Suite 1000<br>Fort Lauderdale, Florida  33301<br>Tel: (954) 627-9913/ Fax: (954) 523-2872<br>Email: clichtman@bergersingerman.com<br>Service via CM/ECF | |