IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 05-80300-CIV-MARRA/SELTZER

LINEX TECHNOLOGIES, INC.,

              Plaintiff,

v.

MOTOROLA, INC.; NORTEL NETWORKS, INC.; TROPOS NETWORKS, INC.; and STRIX SYSTEMS, INC.,

              Defendants.

### PLAINTIFF LINEX TECHNOLOGIES, INC.'S REPLY TO DEFENDANT STRIX SYSTEMS, INC.'S COUNTERCLAIMS

Plaintiff Linex Technologies, Inc. ("Linex") respectfully replies to Defendant Strix Systems, Inc.'s ("Strix") Counterclaims as follows:

1. Strix purports to incorporate by reference the "admissions, allegations and denials" set forth in its Answer and Affirmative Defenses. Accordingly, because paragraph 1 of the Strix Counterclaims fails to make a particular assertion of fact, no response is deemed necessary.

2. Linex admits the allegations contained in paragraph 2 of the Strix Counterclaims.

3. Linex admits the allegations contained in paragraph 3 of the Strix Counterclaims.

4. Linex denies the allegations contained in paragraph 4 of the Strix Counterclaims.

5. Linex denies the allegations contained in paragraph 5 of the Strix Counterclaims.

6. Linex denies that Strix is entitled to any of the relief sought and alleged in the Counterclaims.

WHEREFORE, Linex prays for judgment as set forth and requested in its First Amended Complaint, and in addition, the following relief:

1. that judgment be rendered herein against Strix;

2. that the Strix requests for declarations for non-infringement and invalidity of the '377 patent and/or the '503 patent be denied;

3. and for such other relief as this Court may deem just and proper.

                Respectfully submitted,

Dated:   January 28, 2007

s/Julie Braman Kane
Julie Braman Kane
Florida Bar No. 980277
**COLSON HICKS EIDSON**
Aragon Avenue, 2nd Floor
Coral Gables, FL  33134-5008
Tel:  (305) 476-7400
Fax:  (305) 476-7444
Email: Julie@colson.com

Edward W. Goldstein (admitted *pro hac vice*)
Corby R. Vowell (admitted *pro hac vice*)
Stephen W. Abbott (admitted *pro hac vice*)
**GOLDSTEIN, FAUCETT & PREBEG, LLP**
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  (713) 877-1515
Fax:  (713) 877-1737
Email: egoldstein@gfpiplaw.com
Email: cvowell@gfpiplaw.com
Email: sabbott@gfpiplaw.com

**ATTORNEYS FOR PLAINTIFF,
LINEX TECHNOLOGIES, INC.**

2

*CASE NO. 05-80300-CIV-MARRA/SELTZER*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of January, 2008, the foregoing document was electronically filed with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record via transmission of automatic Notices of Electronic Filing generated by CM/ECF, or some other authorized for those counsel or parties who are not authorized to receive automatic Notices of Electronic Filing generated by CM/ECF.

<u>s/ Julie Braman Kane</u>
Julie Braman Kane

*CASE NO. 05-80300-CIV-MARRA/SELTZER*

**SERVICE LIST**

Linex Technologies, Inc. vs. Motorola, Inc. et al.

Case No. 05-80300-CIV-MARRA/SELTZER

| **\* Counsel for Tropos Networks, Inc.**<br><br>James A. Gale, Esq.<br>Fla. Bar No. 371726<br>Gregory L. Hillyer, Esq.<br>Fla. Bar No. 682489<br>**Feldman Gale, P.A.**<br>Miami Center, Suite 1920<br>201 South Biscayne Blvd.<br>Miami, FL  33131-4332<br>Tel: (305) 358-5001/ Fax: (305) 358-3309<br>Email: jgale@feldmangale.com<br>Email: ghillyer@feldmangale.com<br>Service via CM/ECF | **\* Counsel for Nortel Networks, Inc.**<br><br>Marissa D. Kelley, Esq.<br>Fla. Bar No. 379300<br>**Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, L.L.P.**<br>200 E. Broward Boulevard, Suite 1900<br>Fort Lauderdale, Florida  33301-1949<br>Tel: (954) 462-9500/ Fax: (954) 462-9567<br>Email: mkelley@swmwas.com<br>Service via CM/ECF<br><br>Mark M. Supko, Esq.<br>Michael H. Jacobs, Esq.<br>**Crowell & Moring, L.L.P.**<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004-2595<br>Tel: (202) 624-2500/ Fax: (202) 628-5116<br>Email: msupko@crowell.com<br>Email: mjacobs@crowell.com<br>Service via CM/ECF |
|---|---|
| **\* Counsel for Strix Systems, Inc.**<br><br>Ramsey M. Al-Salem, Esq.<br>Jessica L. Rossman, Esq.<br>**Perkins Coie, L.L.P.**<br>1201 Third Avenue, Suite 4800<br>Seattle, WA  98101-3099<br>Tel: (206) 359-8000/ Fax: (206) 359-9000<br>Email: ralsalam@perkinscoie.com<br>Email: jrossman@perkinscoie.com<br>Service via CM/ECF<br><br>Charles H. Lichtman, Esq.<br>Fla. Bar No. 501050<br>**Berger Singerman**<br>Las Olas Centre II<br>350 E. Las Olas Boulevard, Suite 1000<br>Fort Lauderdale, Florida  33301<br>Tel: (954) 627-9913/ Fax: (954) 523-2872<br>Email: clichtman@bergersingerman.com<br>Service via CM/ECF | |