# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## MOTIONS HEARD IN OPEN COURT

Date: 6/6/08

Start Time: 1:00 p.m.    End Time: 4:05

**JUDGE: KENNETH A. MARRA**

REPORTER: ~~STEPHEN FRANKLIN~~ Vicky Miller
DEPUTY CLERK: IRENE RIVERA

Case # 05-80300-CV

Plaintiff: Linex Technologies

Plaintiff's Attorney: Edward Goldstein

Plaintiff's Attorney: Stephen Abbott / Corby Vowell

Defendant: Motorola Inc. et AL

Defendant's Attorney: Michael Jacobs

Defendant's Attorney: Mark Supko

DESCRIPTION OF MOTION: Markman Hearing

Motion:
___ Granted
___ Denied
___ Granted in part\denied in part
___ Withdrawn
_✓_ Ruling reserved